IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CV-210-BO

| | |
|---|---|
| MARCUS JERMAINE JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF RALEIGH, et al., )<br>)<br>Defendants. )<br>) | **ORDER GRANTING<br>PLAINTIFF'S REQUEST<br>FOR VOLUNTARY DISMISSAL<br>OF ALL CLAIMS<br>AGAINST THE WAKE COUNTY BOARD<br>OF EDUCATION, WITH PREJUDICE,<br>BY COURT ORDER** |

THIS CAUSE comes before the Court on the 21 September 2012 request of Plaintiff Marcus Jermaine Johnson for voluntary dismissal, with prejudice, of his claims against the Wake County Board of Education ("the Board") by order of this Court, pursuant to Fed. R. Civ. P. 41(a)(2). Rule 41(a) requires judicial action in order to effect the instant voluntary dismissal because the Board has served an answer and Defendant LobbyGuard Solutions, LLC, has appeared and not stipulated to Plaintiff's voluntary dismissal of the Board.

For good cause shown, the Court GRANTS Plaintiff's request for voluntary dismissal of the Board, with prejudice.

SO ORDERED, this 9 day of October 2012.

_____
The Honorable Terrence W. Boyle
United States District Judge