UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARCUS JERMAINE JOHNSON,     )<br>            Plaintiff,     )<br>     )<br>v.     )<br>     )<br>     )<br>     )<br>THE CITY OF RALEIGH, M.W.     )<br>BANKS, in his Official and Individual     )<br>Capacities, A.M. GIBBONS, in her     )<br>official and individual capacities,     )<br>LOBBYGUARD SOLUTIONS, LLC,     )<br>JOHN DOE II, an unidentified     )<br>employee of the N.C.     )<br>Department of Corrections in his     )<br>individual capacity, CAPITOL     )<br>BROADCASTING COMPANY, INC.     )<br>d/b/a WRAL-TV and WRAL.com,     )<br>MEDIA GENERAL OPERATIONS, INC.,     )<br>d/b/a NBC 17 News and NBC17.com,     )<br>ABC, INC. d/b/a WTVD and ABV11.com,     )<br>RALEIGH PUBLIC RECORD, INC. d/b/a     )<br>CHRIS MOODY d/b/a     )<br>www.chris-moody.com, KERI P.,     )<br>SCARLET DOE, DAKOTA VALKYRIE     )<br>& JOHN DOE III, the unidentified owners/     )<br>operators of safeatschools.blogspot.com,     )<br>            Defendants.     ) | **JUDGMENT**<br><br>No. 5:12-CV-210-BO |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendants' motions to dismiss at [DE 31, 34, 38, 48, 53, 58, 63, & 64] are GRANTED. The motion to dismiss by defendants Steven Miller and the Wake County Board of Education is DISMISSED as MOOT [DE 51].

**This Judgment Filed and Entered on April 4, 2013, and Copies To:**

Samuel A. Forehand  (via CM/ECF Notice of Electronic Filing)
Dorothy K. Leapley  (via CM/ECF Notice of Electronic Filing)
Christopher J. Simmons  (via CM/ECF Notice of Electronic Filing)
Patricia L. Holland  (via CM/ECF Notice of Electronic Filing)
Paul Holscher  (via CM/ECF Notice of Electronic Filing)
Dan Hartzog  (via CM/ECF Notice of Electronic Filing)
Katie Weaver Hartzog  (via CM/ECF Notice of Electronic Filing)
Adam S. Mitchell  (via CM/ECF Notice of Electronic Filing)
Neal Ramee  (via CM/ECF Notice of Electronic Filing)
Roger A. Askew  (via CM/ECF Notice of Electronic Filing)
Christopher J. Derrenbacher  (via CM/ECF Notice of Electronic Filing)
C. Amanda Martin  (via CM/ECF Notice of Electronic Filing)
Michael J. Tadych  (via CM/ECF Notice of Electronic Filing)
Jonathan E. Buchan  (via CM/ECF Notice of Electronic Filing)
James A. Thomas  (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| April 4, 2013 | /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |